MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Edward Guillen,<br>    Petitioner,<br>v.<br>USP-Tucson Warden,<br>    Respondent. | No.   CV-25-00135-TUC-AMM (MAA)<br><br>**ORDER** |

Self-represented Petitioner Richard Edward Guillen was confined in the United States Penitentiary-Tucson when he filed a Motion for Writ of Habeas Corpus Challenging the Execution of a Federal Sentence Pursuant to 28 U.S.C. § 2241. (Doc. 1.) After the Court gave Petitioner an opportunity to either pay the filing fee for this action or file an Application to Proceed In Forma Pauperis, Petitioner paid the filing fee. (Docs. 3–4.)

In his motion, Petitioner requests that the Court direct the Federal Bureau of Prisons ("BOP") to move him to a Residential Reentry Center "immediate as his conditional release date[] has passed." (Doc. 1.) However, a review of BOP's online records indicates Petitioner is no longer in BOP custody.[1] Thus, the Court will deny as moot Petitioner's motion and will dismiss this action.[2]

///

///

---

[1] *See* https://www.bop.gov/inmateloc/ (search "Find By Number," with "Type of Number" as "BOP Register Number" and "Number" as "81888-298") (last visited Aug. 28, 2025).
[2] The Court notes Petitioner failed to file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure.

Accordingly,

**IT IS ORDERED:**

(1)  Petitioner's Motion for Writ of Habeas Corpus Challenging the Execution of a Federal Sentence Pursuant to 28 U.S.C. § 2241 is **DENIED AS MOOT.** (Doc. 1.)

(2)  The Clerk of Court must enter judgment accordingly and close this action.

Dated this 4th day of September, 2025.

_____
Honorable Angela M. Martinez
United States District Judge