# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Edward Guillen,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Unknown Party,<br><br>　　　　　Defendant. | NO. CV-25-00135-TUC-AMM (MAA)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed September 4, 2025, Petitioner's Petition for Writ of Habeas Corpus Challenging the Execution of a Federal Sentence pursuant to 28 U. S. C. § 2241 is denied as moot. Petitioner to take nothing and this action is hereby dismissed.

　　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

September 4, 2025

　　　　　　　　　　　　　　　　　　　s/ M. Espinoza
　　　　　　　　　　　　　　　By　　Deputy Clerk